1
2
3
4
5
6
7
8

# United States District Court
# Eastern District of California

| | |
|---|---|
| Linda Rocha, | Case Number: 1:14-CV-842 BAM |
| Plaintiff, | |
| vs. | ORDER ON MOTION TO DISMISS DEFENDANTS J. CLARK KELSO and CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES WITHOUT PREJUDICE |
| J. Clark Kelso, in the Capacity of Receiver Manager, California Correctional Health Care Services, and State of California Department of Corrections and Rehabilitation, Jasinda Mohammed, and David Groves, | |
| Defendants. | |

On motion of plaintiff Linda Rocha, and good cause appearing therefore, it appearing that defendants J. Clark Kelso, in the Capacity of Receiver Manager and California Correctional Health Care Services have not yet appeared in the above-entitled action:

IT IS HEREBY ORDERED that in accordance with the provisions of Rule 41 (a)(2) of the Federal Rules of Civil Procedure the above-entitled action is dismissed

without prejudice as to defendants J. Clark Kelso, in the Capacity of Receiver Manager and California Correctional Health Care Services.

IT IS SO ORDERED.

Dated: **September 9, 2014**              **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE