# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ROCHA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS and REHABILITATION, <br><br> Defendants. | Case No. 1:14-cv-00842-BAM <br><br> ORDER FOR DISMISSAL OF ACTION AS TO DEFENDANT JASINDA MOHAMMED <br><br> (Doc. 39). |

Pursuant to the notice of voluntary dismissal captioned as a "Motion to Dismiss" (Doc. 39) filed on January 30, 2015, by Plaintiff Linda Rocha, this action is DISMISSED as to Jasinda Mohammed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Clerk is directed to terminate Jasinda Mohammed from the docket.

IT IS SO ORDERED.

Dated:   **February 11, 2015**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

1